IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

v.       *       Criminal No. RDB-19-069

MARINA GELFEN       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM ORDER**

Still pending before this Court is the Motion for Compassionate Release (**ECF#72**) as to which there is no opposition by the Government. Counsel for the Government and the Defendant have confirmed that the Defendant has been released from the Bureau of Prisons and has been directed to report to the Volunteers of America from which she will be released to home detention on Monday, May 18, 2020.

Accordingly, this matter is now **MOOT** and the Defendant Gelfen shall comply with the directions of the Bureau of Prisons to report to VOA from which she will be released to home detention.

IT IS HEREBY ORDERED this 15th day of May 2020.

_____/s/_____
Richard D. Bennett
United States District Judge